IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMMY L. PAGE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>AUDREY KING, Acting Executive Director California Department of Mental Health,<br><br>　　　　Respondent. | No. C 13-5352 WHA (PR)<br><br>**ORDER GRANTING LEAVE TO AMEND; DENYING MOTIONS TO DISMISS AND FOR EXTENSIONS OF TIME**<br><br>(Docket Nos. 8, 9, 10, 12) |

Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241 challenging his civil commitment to a California mental health institution pursuant to California's Sexually Violent Predators Act. *See* Cal. Welf. & Inst. Code 6600, et seq. ("SVPA"). Thereafter, he filed a new petition in a new case, Case No. C 14-2052 WHA (PR), which was dismissed with leave to amend because it could not be discerned whether he was challenging the same commitment decision he challenges in the instant case.

Petitioner has filed a motion to amend the instant petition to add the claim he raised in the petition in Case No. C 14-2052 WHA (PR), and he filed a similar motion in Case No. C 14-2052 WHA (PR) in which he also requests voluntary dismissal of that case. Petitioner's motion to amend the instant petition is **GRANTED**. The claim set forth in the petition filed in Case No. C 14-2052 WHA (PR) is deemed incorporated into the petition filed herein.

Respondent has filed a motion to dismiss. As the motion is directed at the pre-amended

version of the petition, it is **DENIED** as moot. The denial is without prejudice to Respondent filing a new motion to dismiss the petition as amended to include the new claim from Case No. C 14-2052 WHA (PR). In light of this ruling, both parties' motions to extend time to file briefing on the motion to dismiss is **DENIED** as moot.

In order to expedite the resolution of this matter,

1. In lieu of an answer, Respondent may file, within **sixty-three days** of the date this order is filed, a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within twenty-eight days of the date the motion is filed, and respondent shall file with the court and serve on petitioner a reply within fourteen days of the date any opposition is filed.

2. Respondent shall file with the court and serve on petitioner, within **ninety-one days** of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted based on the claims found cognizable herein. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state court records that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within twenty-eight days of the date the answer is filed.

**IT IS SO ORDERED.**

Dated: September   2  , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2