**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,

        Petitioner,

  v.

AUDREY KING, Acting Executive
Director California Department of
Mental Health,

        Respondent.
_____/

No. C 13-5352 WHA (PR)

**ORDER GRANTING IN PART AND
DENYING IN PART MOTION FOR
ADMINISTRATIVE RELIEF;
INSTRUCTIONS TO CLERK**

(Dkt. No. 17).

Petitioner filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. 2241

challenging his civil commitment to a California mental health institution pursuant to

California's Sexually Violent Predators Act. *See* Cal. Welf. & Inst. Code 6600, et seq.

("SVPA"). Respondent has filed a motion to dismiss the petition on several grounds. Petitioner

has not filed an opposition, but instead filed a motion for administrative relief, which is

**GRANTED IN PART AND DENIED IN PART**, as described below.

In his motion, petitioner complains that he does not understand respondent's citations to

"Doc." that appear throughout the motion to dismiss, such as citations to "Doc. 1," "Doc. 7,"

and "Doc. 13." Petitioner seeks to have respondent provide them to him. The citations refer to

documents appearing on the docket for this case by their docket number. So, for example, Doc.

1 is the 105-page petition and attachments filed by petitioner, and Doc. 1-1 is the 90-page

"Exhibit A" he filed along with the petition. Doc. 7 and 13 are the order to show cause and

order denying the previous motion to dismiss, both of which were served upon petitioner.  As petitioner either filed these documents himself or they were already served upon him.

Petitioner is granted an extension of time, to and including **January 14, 2015,** in which to file an opposition to respondent's motion.  No further extensions of time will be allowed. Respondent shall file with the court and serve on petitioner a reply within fourteen days of the date any opposition is filed.

The clerk shall send petitioner a printed copy of the docket for this case.

**IT IS SO ORDERED.**

Dated: December __17___, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

2