**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMMY L. PAGE,                              No. C 13-5352 WHA (PR)

        Petitioner,                        **JUDGMENT**

  v.

AUDREY KING, Executive Director
California Department of Mental
Health,

        Respondent.
_____/

    A judgment of dismissal without prejudice is entered in favor of respondent.

    **IT IS SO ORDERED.**

Dated: September  18 , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE