FILED

JUN 23 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SAMMY L. PAGE,<br><br>      Petitioner - Appellant,<br><br>v.<br><br>AUDREY KING,<br><br>      Respondent - Appellee. | No. 15-17278<br><br>D.C. Nos.   3:13-cv-05352-WHA<br>                  3:14-cv-02052-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before:    CHRISTEN and FRIEDLAND, Circuit Judges and LEMELLE,[*] Senior District Judge.

Appellant Sammy Page's motion (Docket Entry No. 7) to have this appeal referred to the same panel that resolved related appeal No. 13-17352 is granted.

The March 24, 2016, order to show cause is discharged.

The district court's September 21, 2015, dismissal of appellant's 28 U.S.C. § 2241 petition without prejudice to filing a new petition in the Eastern District of California is consistent with the resolution of Appeal No. 13-17352. Accordingly, the request for a certificate of appealability is denied because Page has not shown that "jurists of reason would find it debatable whether the district court was correct

---

[*] The Honorable Ivan L.R. Lemelle, Senior District Judge for the U.S. District Court for the Eastern District of Louisiana, sitting by designation.

in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also* 28 U.S.C. § 2253(c)(2); *Gonzalez v. Thaler*, 132 S. Ct. 641, 648 (2012).

All pending motions and requests are denied as moot.

**DENIED.**